**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS, INDIANA**

| | |
|---|---|
| NATHAN ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-03470-SEB-MJD |
| vs. ) | |
| ) | |
| BRIAN MARTZ, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff, Nathan Adams, by counsel, submits his final witness list who may be called to testify at trial, and his final list of exhibits that may be introduced at the trial of this matter.

**FINAL WITNESS LIST**

1. Nathan Adams, Plaintiff

   Mr. Adams is expected to testify regarding how he was treated on the day of termination while working for Defendant, his subsequent disciplinary hearing in front of the review board, Defendant's lack of investigation and due process violations, and the damages he suffered due to Defendant's discriminatory practices and termination.

2. Brian Martz

   Brian Martz is expected to testify regarding Defendant's employment policies and practices, communications and meetings with Mr. Adams, the complaint he received from Mr. Adams regarding his work assignment times, his participation at the disciplinary hearing and statements he made to other IDOC employees and hearing staff, his subsequent actions during and after Mr. Adams' disciplinary hearing and the reason why Mr. Adams was terminated.

3. Misty Stamper

   Misty Stamper is expected to testify regarding Defendant's employment policies and practices, communications and meetings with Mr. Stamper, her participation in the investigation of Mr. Stamper's complaint of retaliation and disciplinary hearing following

      his termination, and her participation in the termination of Mr. Adams, including any and all communication she had with Mr. Adams the day of Mr. Adams' termination and the days that followed.

4.     Sarah Napper, Hearing Board Officer

      Sarah Napper is expected to testify regarding Defendant's employment policies and practices, communications she had with Mr. Adams, her investigation into Mr. Adams' termination and his complaints to Defendant about his work assignment, his conduct on the day of termination, and the behavior of Stamper and Martz, the events and conversation she had with Adam, Martz and Stamper the day of the hearing and the preceding and proceeding days.

5.     Mr. Windom, Offender

      Mr. Windom is expected to testify regarding Defendant's employment policies and practices.

6.     Mr. Warner, Offender

      Mr. Warner is expected to testify regarding Defendant's employment policies and practices.

7.     Mr. Davis, Offender

      Mr. Davis is expected to testify regarding Defendant's employment policies and practices.

8.     All persons identified or referenced in any interrogatory answer in this matter.

9.     All persons identified or referenced in any document tendered or produced in response to a production request in this matter.

10.     All persons deposed in this matter.

11.     All persons identified or referenced during a deposition exhibit in this matter.

12.     All other individuals or referenced in any other written discovery responses.

13.     Any expert witnesses identified by any party in this matter.

14.     Records custodians and other persons necessary to authenticate documents.

15. Witnesses called for impeachment or rebuttal, in accordance with the Federal Rules of Civil Procedure.

In the even it is subsequently determined that other or additional witnesses will be called to testify for Plaintiff, other than for purposes of impeachment or rebuttal, Defendant will be so advised. Plaintiff hereby reserves the right to add to, delete from or otherwise amend the foregoing list of witnesses, both during and after the completion of discovery.

                                              Respectfully submitted,

                                              _s/Sarah E. Larimer_
                                              Sarah E. Larimer, #36230-29
                                              Attorney for the Plaintiff

## PLAINTIFF'S FINAL EXHIBIT LIST

Plaintiff, Nathan Adams, by counsel, submits the following exhibit list:

## EXHIBIT LIST

1. Plaintiff's personnel file.

2. Any and all documents maintained by any Plaintiff's supervisors or human resources personnel regarding Plaintiff, including but not limited to wage records, attendance records, performance records and any other employment-related documents maintained by Defendant with respect to Plaintiff.

3. Documents regarding Plaintiff's disciplinary hearing, Plaintiff's Complaints on the matter of his termination and subsequent retaliation, and the subsequent investigation and lack thereof.

4. Defendant's employee handbook and policies pursuant to Suicide Watch Companions, policies and procedures regarding Offender work assignments.

5. Emails regarding Plaintiff and other Offender Suicide Watch Companions.

6. Documents regarding Plaintiff's termination.

7. Documents regarding Defendant applicable to Defendant's employment policies and practices.

8. Defendant's personnel records for Plaintiff and other offender employees, their availability to work on the day in question, and Defendant's records in regard to calling offenders to work.

9. Documents produced or received from the internal disciplinary hearing regarding Plaintiff.

10. Any documents produced by Plaintiff as a result of this litigation.

11. Any documents produced by Defendant as a result of this litigation.

12. Any and all pleadings filed or served in this matter.

13. Any discovery responses served by Plaintiff or by Defendant in this matter.

14. Any and all deposition transcripts of any witness deposed in this matter and any and all exhibits thereto.

15. Any and all exhibits necessary for impeachment or rebuttal

16. Any and all exhibits listed in Defendant's exhibit list

17. Any and all exhibits listed on Defendant's initial disclosures

18. Any documents tendered or produced by any non-parties in response to any requests for production of documents in this matter.

In the event that it is subsequently determined that other or additional exhibits will be used by Plaintiff, other than for purposes of impeachment or rebuttal, Defendant will be so advised. Plaintiff hereby reserves the right to add to, delete from, or otherwise amend the foregoing list of exhibits both during and after the completion of discovery, and to present any and all documentary evidence necessary to address or rebut matters put into evidence by Plaintiff at trial.

Respectfully submitted,

 s/Sarah E. Larimer
Sarah E. Larimer, #36230-29
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been forwarded to Margot Tucker and Gregory Lloyd via electronic filing, this 12th day of October 2021.

                                                                s/Sarah E. Larimer
                                                           Sarah E. Larimer, #31235-49

Sarah E. Larimer, #36230-29
**Amber K. Boyd Attorney at Law**
8510 Evergreen Avenue
Indianapolis, IN 46240
Office: 317-210-3416
sarah@amberboydlaw.com